ACCEPTED
01-15-00032-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/14/2015 11:09:38 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00032-CR
CAUSE NO. 01-15-00033-CR

| | | |
|---|---|---|
| JOE EDDIE ALEJANDRO | § | IN THE COURT OF APPEALS FOR |
| | § | |
| V. | § | THE FIRST JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | AT HOUSTON, TEXAS |

FILED IN
HOUSTON, TEXAS
9/14/2015 11:09:38 AM
CHRISTOPHER A. PRINE
Clerk

_____

**STATE'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned cases. The State would respectfully show the Court the following:

1. On November 6, 2014, the appellant was convicted of the offense of aggravated sexual assault of a child (Ct. II), and indecency with a child by sexual contact (Ct. III), and his punishment was assessed in Count II at imprisonment for thirty years, and in Count III at imprisonment for ten years.

2. The appellant's brief was filed in this Court on June 24, 2015.

3. The State's brief is presently due to be filed in this Court on August 24, 2015.

4. The State has previously requested one extension of time to file its brief.

1

5. The State hereby requests a 30-day extension of time to file its brief, until September 24, 2015.

6. Good cause exists for the requested extension of time, for the following reasons:

In the past 30 days, the undersigned counsel for the State has been required to prepare the State's petition for discretionary review in *The State of Texas v. Jessica Sekerka Siegel*, Case No. PD-0962-15, the State's appellant brief in *Jennifer Sobel v. The State of Texas*, Case No. 09-14-00426-CR,the State's appellant brief in *Gary Edward Vines v. The State of Texas*, Case No. 09-14-00487-CR, the State's appellant brief in *Carol Ann Davis v. The State of Texas*, Case No. 09-15-00063-CR, the State's answer to application for post-conviction writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Clyde James Freeman*, Case No. 09-11-11188-CR-(3); the State's answer to application for post-conviction writ of habeas corpus, and proposed findings of fact and conclusions of law in *Ex parte Steven Keith Milliff*, Case No. 11-03-02327-CR-(1).

In addition, undersigned counsel is assigned to serve as the prosecutor on Montgomery County's misdemeanor expunction and nondisclosure cases, and has been required to attend to numerous hearings and other duties pursuant to those assignments, and is also assigned to serve as the prosecutor on Montgomery County's mental health cases, and has been required to attend to duties pursuant to that assignment

Further, the undersigned counsel was out of the office from August 5, 2015, through August 7, 2015, on a pre-planned vacation.

Consequently, counsel has not had sufficient time to prepare an adequate State's brief in this case.

THEREFORE, the State requests an extension of time to file its brief until

2

September 24, 2015, in this case.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas


/s/ Jason Larman
JASON LARMAN
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24072468
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
(936) 788-8395 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was e-mailed to Ms. Heather Hall, attorney for the appellant on the date of the filing of the original with the Clerk of this Court.

/s/ *Jason Larman*
JASON LARMAN
Assistant District Attorney
Montgomery County, Texas